UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ING BANK, a federal savings bank,

     Plaintiff,

                                  CIVIL ACTION NO.:
                                  6:08-CV-01639-GKS-DAB

v.

BRENDA RIVERNIDER and DARRYL
RIVERNIDER, husband and wife, CHAD
RIVERNIDER, an individual, and NEAR THE
BEACH, MORTGAGE INC., a Florida corporation d/b/a 1st
CONTINENTAL MORTGAGE,

     Defendants.

## PLAINTIFF'S UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL AND MEMORANDUM OF LAW

Plaintiff, ING BANK, through undersigned counsel and pursuant to Local Rule 2.03(b) moves the Court for an Order permitting the withdrawal of the law firm Stanton & Gasdick, P.A., as its designated counsel and to substitute and enter the appearance of the law firm of Rumrell, Costabel, Warrington & Brock as its designated counsel in this action and in support states:

1.    Plaintiff, ING Bank has been represented by the law firm Stanton & Gasdick, P.A. in this action.

2.    The law firm Stanton & Gasdick seeks permission from the Court to withdraw as counsel for Plaintiff, ING Bank, and ING Bank, having been given notice, consents to such withdrawal.

3.  Plaintiff, ING Bank, has now retained the law firm Rumrell, Costabel,

Warrington & Brock to substitute and continue to represent it in these

proceedings as its newly designated counsel.

4.  The trial in this matter has not been set, and the withdrawal and substitution of

counsel is not sought for the purpose of delay.

5.  Undersigned counsel certifies that pursuant to Local Rule 3.01(g), counsel has

conferred with Philippe Symonovicz, opposing counsel for Defendants

Brenda Rivernider, Darryl Rivernider, and Chad Rivernider, on the relief

sought in this motion and is authorized to represent to the Court that

Defendants consent to the relief sought in this motion.  Counsel for Plaintiffs

have not conferred with counsel for Defendant Near the Beach Mortgage, Inc.,

a Florida Corporation d/b/a 1st Continental Mortgage, as after being duly

served in this matter, to date, has not filed an appearance.

6.  WHEREFORE, Plaintiff, ING Bank respectfully requests this Court to grant

the relief sought in this motion and permit the substitution of counsel,

discharging the law firm Stanton & Gasdick, P.A. from any further

responsibility in the action and permitting the substitution of the law firm

Rumrell, Costabel, Warrington & Brock as its designated counsel, and for any

further relief the Court deems just and proper.

## MEMORANDUM OF LAW

Pursuant to Local Rule 2.03(b), "No attorney, having made a general appearance

under subsection (a) of this rule, shall thereafter abandon the case or proceeding in which

the appearance was made, or withdraw as counsel for any party therein, except by written

leave of Court obtained after giving ten (10) days notice to the party or client affected thereby, and to opposing counsel." Plaintiff, ING Bank, consents to the withdrawal and substitution of counsel and Defendants Brenda Rivernider, Darryl Rivernider, Chad Rivernider, having been advised of the requested withdrawal and substitution consents to the relief sought in this motion. Defendant near the Beach Mortgage, Inc., d/b/a 1st Continental Mortgage would not be prejudiced by Plaintiff's substitution of counsel.

The Court enjoys broad discretion as to the admission and withdrawal of counsel appearing before it. The Eleventh Circuit has stated, "In recognition of the trial court's superior understanding of local conditions and litigation tactics at the district court level, this Circuit has long held that district judges 'enjoy broad discretion to determine who shall practice before them and to monitor the conduct of those who do.' *United States v. Dinitz,* 538 F.2d 1214, 1219 (5th Cir.1976), *cert. denied,* 429 U.S. 1104, 97 S. Ct. 1133, 51 L. Ed. 2d 556 (1977)." *Robinson v. Boeing Co.,* 79 F.3d 1053, 1055 (11th Cir. 1996).

> The factors the trial court can fairly consider in deciding whether to allow substitute or additional counsel in the exercise of this discretion include the fundamental right to counsel, the court's docket, the injury to the plaintiff, the delay in reaching decision, the judicial time invested, the expense to the parties objecting, and the potential for manipulation or impropriety.

*Id.*

The motion will not be used as the basis for any requested delay or extension of the trial deadlines set by the Court. There is no effort or attempt to "judge shop" nor any other purpose designed to impede the progress of this case. All of the factors espoused by *Robinson* weigh in favor of the requested substitution. Accordingly, Plaintiff ING, Bank, respectfully requests the Court grant this motion.

Respectfully Submitted,

*/s/Deborah R. Reid*

Alfred C. Warrington, V
Fla. Bar No. 572111
Email: warrington@rumrelllaw.com
Lindsey C. Brock III
Fla. Bar No. 971669
Email: brock@rumrelllaw.com
Deborah R. Reid
Fla. Bar No.: 0012871
Email: reid@rumrelllaw.com
RUMRELL, COSTABEL, WARRINGTON
& BROCK, LLP
9995 Gate Parkway North, Suite 190
Jacksonville, FL 32246
Phone:      (904) 996-1100
Facsimile:  (904) 996-1120
**Trial Counsel for Plaintiff ING Bank**

## CERTIFICATE OF SERVICE

**I hereby certify** on this 2nd day of September 2009, a copy of the foregoing has been filed electronically. I understand that notice of this filing will be sent to all parties on the attached Service List by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Deborah R. Reid*

Deborah R. Reid

## SERVICE LIST

CIVIL ACTION NO.: 6:08-CV-01639-GKS-DAB

Alfred C. Warrington, V
Fla. Bar No. 572111
Email: warrington@rumrelllaw.com
Lindsey C. Brock III
Fla. Bar No. 971669
Email: brock@rumrelllaw.com
Deborah R. Reid
Fla. Bar No.: 0012871
Email: reid@rumrelllaw.com
RUMRELL, COSTABEL, WARRINGTON
& BROCK, LLP
9995 Gate Parkway North, Suite 190
Jacksonville, FL 32246
Phone:      (904) 996-1100
Facsimile:  (904) 996-1120
**Attorneys for Plaintiff, ING Bank**

August James Stanton, Jr.
Email: jay@stantonandgasdick.com
Tara Carbia Early
Email: tarae@stantonandgasdick.com
STANTON & GASDICK, PA
Suite 260
390 N. Orange Ave.
Orlando, FL 32801
Phone:  407-423-5203
Facsimile: 407-425-4105
**Attorneys for Plaintiff, ING Bank**

Gary W. Park
Email: gpark@hicksparklaw.com
James B. Hicks
Email: jhicks@hicksparklaw.com
HICKS & PARK, LLP
824 Wilshire Boulevard, Suite 300
Los Angeles, CA 90017
Phone: 213-612-0007
Facsimile: 213-612-0373
**Attorneys for Plaintiff, ING Bank**

Robert L. Sirianni, Jr.
Email: robert@brownstonelaw.com
Sunny A. Hillary
Email:  sunny@brownstonelaw.com
BROWNSTONE, PA
Suite 215, 400 N. New York Ave.
Winter Park, FL 32789
Phone:  407-388-1900
Facsimile:  407-622-1511
**Attorneys for Plaintiff, ING Bank**

Philippe Symonovicz
LAW OFFICES OF PHILIPPE SYMONOVICZ
1995 East Oakland Park Blvd., Suite 210
Fort Lauderdale, FL  33306
Phone:  954-764-7600
Facsimile:  954-763-4840
Email: psymonovicz@hotmail.com
**Attorneys for Defendants, Brenda Rivernider,**
**Darryl Rivernider, and Chad Rivernider**